Andre Lawson
I S B # 6419
805 N. Gate Mile
Idaho Falls, ID 83401
Office (208)709-3716
Fax (208)542-4593
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Anthony Walton,  ) Case # 17-41104
Elizabeth Morales, )
 ) Amended motion to dismiss co-debtor
 ) from case and notice of amended motion
 )
 )
 Debtors )
 )
_____ )

**Notice of amended motion to dismiss co-debtor and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Amended motion to dismiss co-debtor from case and notice of amended motion-1

Come Now, the Debtors by and through their attorney, Andre L. Lawson, with their motion to dismiss co-debtor, Elizabeth Morales from case for the following reasons.

1. Co-debtor, Elizabeth Morales is not eligible for a discharge as she received a previous discharge in April 2014.

2. Therefore, Co-debtor, Elizabeth Morales would like to voluntary dismiss herself from this bankruptcy case

Dated this 30th day of January 2018

/s/ Andre Lawson
Andre Lawson

Amended motion to dismiss co-debtor from case and notice of amended motion-2

Certificate Of Service

    I CERTIFY that on this 30th day of January, 2018 I filed the foregoing electronically through the cm/ecf system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

R. Sam Hopkins, Trustee
Id13@ecfcbis.com

AND I FURTHER CERTIFY that on such date I served the forgoing on the following non cm/ecf registered participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

Military Star
3911 S. Walton Walker Blvd
Dallas, TX 75236

Monterey Collections
4095 Avenida De La Plata
Oceanside, CA 92056

Omni Financial Of California
P.O. Box 53628
Fayetteville, NC 28305

Comenity Bank
P. O. Box 182789
Columbus, OH 43218

G M Financial
P. O. Box 181145
Arlington, TX 76096

First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104

Nevada West
7625 Dean Martin Dr Ste 101
Las Vegas, NV 89139

Amended motion to dismiss co-debtor from case and notice of amended motion-3

Elizabeth Morales
199 Pioneer Rd
Rexburg, ID 83440


/s Therron L. Radford
Therron L. Radford
Legal Assistant

Amended motion to dismiss co-debtor from case and notice of amended motion-4